# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PROFESSOR KEN M. LEVY

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND A&M COLLEGE

NO.  2025 CW 0168

**FEBRUARY 20, 2025**

---

In Re:    Board of Supervisors of Louisiana State University and A&M College, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 758368.

---

**BEFORE:    McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

　　　　**STAY LIFTED; WRIT GRANTED.** The portion of the district court's February 18, 2025 order which denied the exception of unauthorized use of summary proceedings filed by defendant, Board of Supervisors of Louisiana State University and A&M College ("LSU"), is reversed. A mandatory injunction is so named because it commands the doing of some action. A mandatory preliminary injunction may not be issued unless the party seeking the injunction proves by a preponderance of the evidence at a full trial on the merits in which the taking of evidence is not limited that he is entitled to the injunction. Given that mandatory injunctions and prohibitory injunctions have different procedural rules and evidentiary burdens, as a matter of law, it is not possible to issue a mandatory preliminary injunction. **Deshotels v. White,** 2016-0889 (La. App. 1st Cir. 8/16/17), 226 So.3d 1211, 1218, <u>writ denied</u>, 2017-1565 (La. 12/5/17), 231 So.3d 628. According to the court minutes, the district court ordered that the temporary restraining order issued on January 30, 2025 be re-implemented. That order provided that LSU was ordered to immediately reinstate plaintiff to his position and teaching responsibilities. Such an order constitutes a mandatory injunction, and as stated above, the issuance of a mandatory preliminary injunction is improper. Accordingly, the exception of unauthorized use of a summary proceeding is granted, and the portion of the district court's ruling which ordered the issuance of mandatory preliminary injunctive relief ordering LSU to immediately reinstate plaintiff to his position and teaching responsibilities is reversed.

**PMc**
**WIL**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
　　FOR THE COURT